# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-4068

_____

United States of America,      *
     *
        Appellee,      *
     *    Appeal from the United States
    v.      *    District Court for the Southern
     *    District of Iowa.
Michael Lee Lippincott,      *
     *         [UNPUBLISHED]
        Appellant.      *

_____

Submitted: June 6, 2003

Filed: June 18, 2003

_____

Before LOKEN, Chief Judge, MORRIS SHEPPARD ARNOLD, and SMITH, Circuit
Judges.

_____

PER CURIAM.

Michael Lee Lippincott challenges the sentence the district court[1] imposed after
he pleaded guilty to conspiring to manufacture and distribute 50 grams or more of
actual methamphetamine, in violation of 21 U.S.C. §§ 841(b)(1)(A) and 846, and
using and carrying a firearm in relation to a drug-trafficking offense, in violation of
18 U.S.C. § 924(c)(1)(A). At sentencing, the district court granted a substantial-

_____

[1]The Honorable James E. Gritzner, United States District Judge for the
Southern District of Iowa.

assistance departure and sentenced him to consecutive prison sentences of 100 months and 60 months, to be followed by 5 years supervised release.

On appeal, counsel has filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing the district court should have granted a more extensive departure. The extent of the district court's downward departure, however, is unreviewable. See United States v. Dutcher, 8 F.3d 11, 12 (8th Cir. 1993). Mr. Lippincott has filed a pro se brief arguing that he was involved in the conspiracy for only four weeks, and that he never possessed or carried the firearm. These arguments do not succeed. Mr. Lippincott's sentence was based on the four-week time frame that he admits he was involved in the conspiracy, and his guilty plea, which was supported by detailed factual stipulations, forecloses his arguments that the firearm was not involved in the offense. See O'Leary v. United States, 856 F.2d 1142, 1143 (8th Cir. 1988) (per curiam).

Upon reviewing the record independently under Penson v. Ohio, 488 U.S. 75 (1988), we have found no nonfrivolous issues. Accordingly, we affirm. We also grant counsel's motion to withdraw and deny Mr. Lippincott's motion for appointment of new counsel.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.